Javier Torres (SBN 271538)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: javier.torres@stinson.com
*Attorneys for Defendant Oh My Green, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anne Kastler, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Oh My Green, Inc., an unknown business entity; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:19-cv-02411-HSG<br><br>**JOINT STIPULATION TO CONTINUE DEADLINES RELATED TO PLAINTIFF'S MOTION TO REMAND; ORDER**<br><br>Date: October 3, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br><br>Complaint Filed: February 28, 2019<br>Trial Date: None Set |

Defendant Oh My Green, Inc. ("Defendant") and Plaintiff Anne Kastler ("Plaintiff") (collectively "Parties"), by and through their respective counsel, hereby stipulate and request the Court to Order as follows:

WHEREAS, Plaintiff filed a Motion to Remand (Doc. 12) and a Re-Noticed Motion to Remand (Doc. 14) in this action;

WHEREAS, the Parties have met and conferred regarding Plaintiff's Motion to Remand, as well as the current opposition and reply deadlines;

WHEREAS, the Parties have agreed to continue Defendant's deadline to file an Opposition to Plaintiff's Motion to June 12, 2019;

WHEREAS, the Parties have agreed to continue Plaintiff's deadline to file a Reply in support of her Motion to June 19, 2019;

WHEREAS, the Parties recognize that the above-proposed dates would not impact the currently set date of October 3, 2019 for the hearing on Plaintiff's Motion to Remand;

THEREFORE, it is hereby stipulated and agreed that Defendant's deadline to file an Opposition to Plaintiff's Motion be continued to June 12, 2019; Plaintiff's deadline to file a Reply in support of her Motion be continued to June 19, 2019; and that the Motion to Remand shall be heard on October 3, 2019, at 2:00 p.m. or as soon thereafter as this Court is available.

IT IS SO STIPULATED.

**STINSON LLP**

By: /s/ *Javier Torres*
Javier Torres
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
*Attorneys for Defendant*

**LAWYERS *for* JUSTICE, P.C.**

/s/ Cristine Capitulo
Cristine Capitulo
*Attorneys for Plaintiff*

## **ORDER**

IT IS HEREBY ORDERED that Defendant's deadline to file an Opposition to Plaintiff's Motion be continued to June 12, 2019; Plaintiff's deadline to file a Reply in support of her Motion to Remand be continued to June 19, 2019; and that the Motion to Remand shall be heard on October 3, 2019 at 2:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 3, 2019

_____
JUDGE HAYWOOD S. GILLIAM, JR.