# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anne Kastler, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Oh My Green, Inc., an unknown business entity; and Does 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 4:19-cv-02411-HSG<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT AUGUST 6, 2019 CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　　August 6, 2019<br>Time:　　　　2:00 p.m.<br>Courtroom:　　2-Fourth Floor<br><br>Complaint Filed:　February 28, 2019<br>FAC Filed:　　　May 23, 2019 |

On July 24, 2019, Defendant Oh My Green, Inc. ("Defendant") filed its Request for Telephonic Appearance for the August 6, 2019 Initial Case Management Conference, and good cause appearing.

IT IS HEREBY ORDERED that counsel for Defendant may appear telephonically at the August 6, 2019 conference at 2:00 pm. Counsel shall personally arrange the telephonic appearance with CourtCall – a paid, private service – at (866) 582-6878 in advance of the hearing date.

IT IS SO ORDERED.

DATED: July 25, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Judge Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　U.S. District Court Judge