UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANNE KASTLER, | Case No. 19-cv-02411-HSG |
|---|---|
| Plaintiff, | **ORDER DIRECTING SUPPLEMENTAL BRIEFING ON PLAINTIFF'S MOTION TO REMAND** |
| v. | |
| OH MY GREEN, INC., | Re: Dkt. No. 24 |
| Defendant. | |

Pending before the Court is Plaintiff's motion to remand. *See* Dkt. No. 12. Although Plaintiff initially argued that Defendant failed to establish the diversity or the amount in controversy requirements under CAFA, Plaintiff ultimately argued in her reply brief that even if Defendant satisfied both requirements, the local controversy and home-state controversy exceptions require that the Court remand the case to state court. Dkt. Nos. 12 at 9–10, 24 at 6–7. Although arguments not raised by a party in its opening brief are ordinarily deemed waived, *see Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999), the Court has "a duty to establish subject matter jurisdiction over the removed action sua sponte, whether the parties raised the issue or not." *United Inv'rs Life Ins. Co. v. Waddell & Reed Inc.*, 360 F.3d 960, 967 (9th Cir. 2004). Thus, Defendant is directed to submit a supplemental brief, not to exceed five pages, addressing whether these exceptions apply in this case. The brief must be submitted by October 7, 2019. No responsive filings will be permitted.

**IT IS SO ORDERED.**

Dated: October 1, 2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge