Edwin Aiwazian (Cal. State Bar No. 232943)
*edwin@lfjpc.com*
Arby Aiwazian (Cal. State Bar No. 269827)
*arby@lfjpc.com*
Jill J. Parker (Cal. State Bar No. 274230)
*jill@lfjpc.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:  (818) 265-1020
Facsimile:    (818) 265-1021

*Attorneys for* Plaintiff Anne Kastler

Javier Torres, Bar No. 247459
*javier.torres@stinson.com*
**STINSON LLP**
1850 N. Central Ave., Suite 2100
Phoenix, AZ 85004-4584
Tel: (602) 212-8504

*Attorney for* Oh My Green, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNE KASTLER, individually, and on behalf of other members of the general public similarly situated;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OH MY GREEN, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.:  4:19-cv-02411-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**REVISED JOINT STIPULATION TO CONTINUE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION DEADLINE AND [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: February 28, 2019<br>FAC Filed:          May 23, 2019<br>Trial Date:          None Set |

1  Plaintiff Anne Kastler ("Plaintiff") individually and on behalf of other members of the
2  general public similarly situated, and Defendant Oh My Green, Inc. ("Defendant"), by and through
3  its counsel of record, hereby stipulate as follows:

4  **WHEREAS**, on February 28, 2019, Plaintiff filed a complaint in the above-entitled action
5  against Defendant on behalf of all current and former hourly-paid or non-exempt employees who
6  worked for Defendant within the State of California at any time during the period from February
7  28, 2015 to the present;

8  **WHEREAS**, on May 9, 2019, Defendant filed its Motion to Dismiss Plaintiff's Complaint,
9  which the Court found to be moot in light of Plaintiff's First Amended Complaint filed on May
10 23, 2019;

11 **WHEREAS**, on May 22, 2019, Plaintiff filed a Motion to Remand, which was denied on
12 October 25, 2019;

13 **WHEREAS**, the parties were unable to commence discovery until after the parties held a
14 Rule 26(f) conference on May 31, 2019;

15 **WHEREAS**, on June 4, 2019, Plaintiff propounded initial discovery on Defendant,
16 including two sets of interrogatories, one set of requests for production of documents, and noticed
17 two Fed. R. Civ. P. 30(b)(6) depositions;

18 **WHEREAS**, on June 23, 2019, Defendant filed a Motion to Dismiss Plaintiff's First
19 Amended Complaint, which the Court denied on October 25, 2019;

20 **WHEREAS**, on or about August 5, 2019, the parties agreed to engage in mediation, which
21 took place on April 1, 2020 with the Honorable Michael Latin;

22 **WHEREAS**, on August 8, 2019, Defendant provided its responses to Plaintiff's Special
23 Interrogatories (Set One and Two) and Requests for Production (Set One);

24 **WHEREAS**, in an effort to reduce costs and fees, on September 24, 2019, the parties
25 agreed to informally stay discovery pending mediation;

26 **WHEREAS**, on November 18, 2019, the Court set deadlines for Plaintiff's motion for
27 class certification and for mediation, with Plaintiff's motion for class certification to be filed by
28 May 29, 2020, and the mediation deadline to be April 30, 2020;

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

1  **WHEREAS**, the parties attended a mediation by videoconference on April 1, 2019 due to
2  the COVID-19 pandemic, but were unable to reach a resolution;

3  **WHEREAS**, prior to moving for class certification, Plaintiff contends she will need
4  additional time in which to finish conducting "pre-certification" discovery, consisting of
5  information-gathering relating to the following categories: (1) written policies and procedures
6  concerning, for example, meal periods, rest periods, overtime work, compensation policies, etc.;
7  (2) sampling of time sheets, wage statements, and work schedules, which may then be reviewed
8  by expert witnesses who will prepare expert witness reports to establish predominance of common
9  questions; (3) deposition testimony of the Defendant's Fed. R. Civ. P. 30(b)(6) designee(s); and
10 (4) declarations from putative class members;

11 **WHEREAS**, the parties are in the process of meeting and conferring regarding
12 Defendant's discovery responses;

13 **WHEREAS**, the parties are in the process of meeting and conferring regarding dates on
14 which Defendant's Rule 30(b)(6) designees may be made available for deposition, which has been
15 complicated by the effects of the COVID-19 pandemic and the Stay at Home Order issued by the
16 Governor of California;

17 **WHEREAS**, Plaintiff anticipates having her motion for class certification ready for filing
18 within 60 days after the completion of the Rule 30(b)(6) depositions;

19 **WHEREAS**, Defendant anticipates being able to produce its Rule 30(b)(6) designees for
20 deposition no later than June 30, 2020;

21 **WHEREAS**, in order to afford the parties time to finish precertification discovery, the
22 parties have agreed to stipulate to a modified class certification briefing and hearing schedule;

23 **IT IS HEREBY STIPULATED** between the parties, by and through their respective
24 attorneys of record, subject to an order of the Court, as follows:

25 Deadline for Plaintiff to file motion for class certification: August 31, 2020.
26 Defendant's deadline to file an opposition:  September 28, 2020
27 Deadline for Plaintiff to file a reply: October 12, 2020
28 Hearing on Plaintiff's motion: November 5, 2020 at 2:00 p.m.

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

**IT IS SO STIPULATED.**

Dated: May 1, 2020                                   Respectfully Submitted,

                                          By: /s/ Jill J. Parker
                                               Jill J. Parker
                                               *Attorneys for* Plaintiff Anne Kastler

Dated:  May 1, 2020                                  **STINSON LLP**

                                          By: /s/ Javier Torres
                                               Javier Torres
                                               *Attorneys for* Defendant Oh My Green, Inc.

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

1 **[~~PROPOSED~~ ORDER]**

The Court, having reviewed the parties' Joint Stipulation to Continue Motion for Class Certification Filing Deadline, and good cause appearing, orders as follows:

1. The parties' stipulation is approved.
2. The deadline for Plaintiff to file her Motion for Class Certification is continued to August 31, 2020.
3. Defendant shall file its opposition by September 28, 2020.
4. Plaintiff shall file her reply by October 12, 2020.
5. The hearing on Plaintiff's Motion for Class Certification is continued to November 5, 2020 at 2:00 p.m.

**IT IS SO ORDERED.**

Date:        5/4/2020

By: *Haywood S. Gilliam, Jr.*
Honorable Haywood Gilliam, Jr.
United States District Judge