Javier Torres (SBN 271538)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: javier.torres@stinson.com
*Attorneys for Defendant Oh My Green, Inc.*

Edwin Aiwazian (Cal. State Bar No. 232943)
*edwin@lfjpc.com*
Arby Aiwazian (Cal. State Bar No. 269827)
*arby@lfjpc.com*
**LAWYERS *for* JUSTICE, PC**
den Avenue, Suite 203
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

Graham B. LippSmith (SBN 221984)
*glippsmith@klwtlaw.com*
Celene Chan Andrews (SBN 260267)
*candrews@klwtlaw.com*
**KASDAN LIPPSMITH WEBER TURNER LLP**
360 East 2nd Street, Suite 300
Los Angeles, California 90012
Tel: (213) 254-4800 / Fax: (213) 254-4801
*Attorneys for Plaintiff Anne Kastler*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anne Kastler, individually, and on behalf of other members of the general public similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>Oh My Green, Inc., an unknown business entity; and Does 1 through 100, inclusive,<br><br>                  Defendants. | Case No. 4:19-cv-02411-HSG<br><br>**ORDER RE THIRD JOINT STIPULATION TO CONTINUE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION DEADLINE** |

The Court, having reviewed the parties' Third Joint Stipulation to Continue Motion for Class Certification Filing Deadline, and good cause appearing, orders as follows:

1.     The parties' stipulation is approved.

2.     The deadline for Plaintiff to file her Motion for Class Certification is continued to December 10, 2020.

3.     Defendant shall file its opposition by January 7, 2021.

4.     Plaintiff shall file her reply by January 21, 2021.

5.     The hearing on Plaintiff's Motion for Class Certification is continued to February 25, 2021 at 2:00 p.m.

DATED this 20th day of October, 2020.

By: _____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

2