UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE KASTLER<br><br>　　　　　　　Plaintiff(s)<br>v.<br>OH MY GREEN, INC.<br><br>　　　　　　　Defendant(s) | CASE No C 4:19-CV-02411-HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

　☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

　☐ **Mediation** (ADR L.R. 6)

　☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

　☒ **Private ADR** (*specify process and provider*)
　　To be determined

The parties agree to hold the ADR session by:

　☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

　☒ other requested deadline:　March 9, 2021

Date: January 19, 2021　　　　　　　/s/ Graham B. LippSmith
　　　　　　　　　　　　　　　　　Attorney for Plaintiff
Date: January 19, 2021　　　　　　　/s/ David R. Ongaro
　　　　　　　　　　　　　　　　　Attorney for Defendant

---

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:　1/20/2021　　　　　　　　　*/s/ Haywood S. Gilliam, Jr.*
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019