1  Edwin Aiwazian (SBN 232943)
   edwin@calljustice.com
2  Arby Aiwazian (SBN 269827)
   arby@calljustice.com
3  Jenay Younger (SBN 327627)
   jenay@calljustice.com
4  Kenyon Harbison (SBN 260416)
   kenyon@calljustice.com
5  LAWYERS for JUSTICE, PC
   410 Arden Avenue, Suite 203
6  Glendale, California 91203
   Tel: (818) 265-1020 / Fax: (818) 265-1021
7
   Attorneys for Plaintiff ANNE KASTLER
8
   DAVID R. ONGARO (154698)
9  dongaro@ongaropc.com
   CARA R. SHERMAN (269343)
10 csherman@ongaropc.com
   AMANDA S. GIANNINOTO (326046)
11 agianninoto@ongaropc.com
   ONGARO PC
12 1604 Union Street
   San Francisco, CA 94123
13 Tel: (415) 433-3900 / Fax: (415) 433-3950

14 Attorneys for Defendant OH MY GREEN, INC.

   Graham B. LippSmith (SBN 221984)
   g@lippsmith.com
   Celene Chan Andrews (SBN 260267)
   cca@lippsmith.com
   LIPPSMITH LLP
   555 S. Flower Street, Suite 4400
   Los Angeles, California 90071
   Tel: (213) 344-1820 / Fax: (213) 513-2495

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE KASTLER, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>OH MY GREEN, INC., an unknown business entity; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No.: 4:19-CV-02411-HSG<br><br>**ORDER GRANTING IN PART AND MODIFYING IN PART JOINT STIPULATION REGARDING SCHEDULE FOR BRIEFING AND HEARING OF CLASS CERTIFICATION MOTION** |

The Court having reviewed the Joint Stipulation Regarding Schedule For Briefing And Hearing Of Class Certification Motion by Defendant Oh My Green, Inc. ("Defendant") and Plaintiff Anne Kastler ("Plaintiff") (collectively "Parties"), and good cause appearing, orders as follows:

1. The parties have until **February 2, 2021** to select a mediator and file a revised Stipulation and [Proposed] Order Selecting ADR Process;

2. The Court **DIRECTS** the parties to file a joint status report of no more than two pages within 48 hours of the completion of their mediation session (which must occur no later than March 9, 2021) describing the results of the mediation and the status of settlement discussions.

3. In the event this matter does not settle at mediation, the deposition of Defendant's Person(s) Most Knowledgeable shall be two (2) weeks after any such mediation, but in no event later than: **March 24, 2021**;

4. The deadline for Plaintiff to file her Motion for Class Certification is continued to: **April 30, 2021**;

5. The deadline for Defendant to file its opposition shall be twenty-eight (28) days thereafter: on or before **May 28, 2021**;

6. The deadline for Plaintiff to file her reply shall be fourteen (14) days thereafter: on or before **June 11, 2021**;

7. The hearing on Plaintiff's Motion for Class Certification shall be continued to **July 15, 2021 at 2:00 p.m.**;

8. The deadline to Exchange Opening Expert Reports is continued to September 17, 2021;

9. The deadline to Exchange Rebuttal Expert Reports is continued to October 15, 2021; and

10. The Close of Fact Discovery is continued to December 17, 2021.

//
//
//

DATED this 20th day of January, 2021.

By: _____
Honorable Haywood S. Gilliam, Jr.
United States District Judge