| | |
|---|---|
| Edwin Aiwazian (SBN 232943)<br>edwin@ calljustice.com<br>Arby Aiwazian (SBN 269827)<br>arby@ calljustice.com<br>Jenay Younger (SBN 327627)<br>jenay@calljustice.com<br>Kenyon Harbison (SBN 260416)<br>kenyon@calljustice.com<br>LAWYERS for JUSTICE, PC<br>410 Arden Avenue, Suite 203<br>Glendale, California 91203<br>Tel: (818) 265-1020 / Fax: (818) 265-1021 | Graham B. LippSmith (SBN 221984)<br>g@lippsmith.com<br>Celene Chan Andrews (SBN 260267)<br>cca@lippsmith.com<br>LIPPSMITH LLP<br>555 S. Flower Street, Suite 4400<br>Los Angeles, California 90071<br>Tel: (213) 344-1820 / Fax: (213) 513-2495 |

Attorneys for Plaintiff ANNE KASTLER

DAVID R. ONGARO (154698)
dongaro@ongaropc.com
CARA R. SHERMAN (269343)
csherman@ongaropc.com
AMANDA S. GIANNINOTO (326046)
agianninoto@ongaropc.com
ONGARO PC
1604 Union Street
San Francisco, CA 94123
Tel: (415) 433-3900 / Fax: (415) 433-3950

Attorneys for Defendant OH MY GREEN, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNE KASTLER, individually, and on behalf of other members of the general public similarly situated;<br><br>            Plaintiff,<br><br>v.<br><br>OH MY GREEN, INC., an unknown business entity; and DOES 1 through 100, inclusive<br><br>            Defendants. | Case No.: 4:19-CV-02411-HSG<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING MEDIATION** |

The Court having reviewed the Joint Stipulation Regarding Mediation by Defendant Oh My Green, Inc. ("Defendant") and Plaintiff Anne Kastler ("Plaintiff") (collectively "Parties"), and good cause appearing, orders as follows:

1. The Parties' Joint Stipulation Regarding Mediation dated February 2, 2021 is **APPROVED**;

2. The Court **DIRECTS** the parties to file a joint status report of no more than two pages within 48 hours of the completion of their mediation session (which must occur no later than March 15, 2021) describing the results of the mediation and the status of settlement discussions.

3. All other deadlines remain in place.

DATED this 3rd day of February, 2021.

By: *Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge