Edwin Aiwazian (SBN 232943)
edwin@calljustice.com
Arby Aiwazian (SBN 269827)
arby@calljustice.com
Jenay Younger (SBN 327627)
jenay@calljustice.com
Kenyon Harbison (SBN 260416)
kenyon@calljustice.com
LAWYERS for JUSTICE, PC
410 Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

Attorneys for Plaintiff ANNE KASTLER

Graham B. LippSmith (SBN 221984)
g@lippsmith.com
Celene Chan Andrews (SBN 260267)
cca@lippsmith.com
LIPPSMITH LLP
555 S. Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 344-1820 / Fax: (213) 513-2495

DAVID R. ONGARO (154698)
dongaro@ongaropc.com
CARA R. SHERMAN (269343)
csherman@ongaropc.com
AMANDA S. GIANNINOTO (326046)
agianninoto@ongaropc.com
ONGARO PC
1604 Union Street
San Francisco, CA 94123
Tel: (415) 433-3900 / Fax: (415) 433-3950

Attorneys for Defendant OH MY GREEN, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE KASTLER, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>OH MY GREEN, INC., an unknown business entity; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No.: 4:19-CV-02411-HSG<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING MOTION FOR PRELIMINARY APPROVAL** |

The Court having reviewed the Joint Stipulation Regarding Motion for Preliminary Approval by Defendant Oh My Green, Inc. ("Defendant") and Plaintiff Anne Kastler ("Plaintiff") (collectively "Parties"), and good cause appearing, orders as follows:

1. The Parties' Joint Stipulation Regarding Motion for Preliminary Approval dated April 2, 2021 is **APPROVED**;

2. The Court **DIRECTS** Plaintiff to file a Motion for Preliminary Approval of Class Action Settlement on or before April 28, 2021.

DATED this 5th day of April, 2021.

By: _____
Honorable Haywood S. Gilliam, Jr.
United States District Judge