Edwin Aiwazian (SBN 232943)
edwin@ calljustice.com
Arby Aiwazian (SBN 269827)
arby@ calljustice.com
Jenay Younger (SBN 327627)
jenay@calljustice.com
Kenyon Harbison (SBN 260416)
kenyon@calljustice.com
**LAWYERS for JUSTICE, PC**
410 Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

Graham B. LippSmith (SBN 221984)
g@lippsmith.com
Celene Chan Andrews (SBN 260267)
cca@lippsmith.com
**LIPPSMITH LLP**
555 S. Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 344-1820 / Fax: (213) 513-2495

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE KASTLER, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>OH MY GREEN, INC., an unknown business entity; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No.: 4:19-CV-02411-HSG<br><br>**ORDER (as modified) GRANTING JOINT STIPULATION REGARDING SCHEDULE OF DATES RE FINAL APPROVAL OF SETTLEMENT**<br><br>Complaint Filed: February 28, 2019 |

- 1 -
ORDER GRANTING JOINT STIPULATION SCHEDULE OF DATES REGARDING FINAL APPROVAL
OF SETTLEMENT
Case No.: 4:19-cv-02411-HSG

In its Order Granting Preliminary Approval, the Court directed the parties to meet and confer and stipulate to a schedule of dates for various events.  Dkt. No. 91.  Having considered the parties' proposal, Dkt. No. 92, and a subsequent stipulation, Dkt. No. 96, the Court **SETS** the following deadlines:

| Event | Date |
|---|---|
| Deadline for Settlement Administrator to mail notice to all putative Class Members | Monday, September 27, 2021 |
| Filing deadline for attorneys' fees and costs motion | *N/A – already filed. See Dkt. No. 94* |
| Filing deadline for incentive payment motion | *N/A – already filed. See Dkt. No. 94* |
| Deadline for Class Members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment, at least 45 days after the filing of the motions for attorneys' fees and incentive payments | Friday, November 12, 2021 |
| Filing deadline for final approval motion | Thursday, December 16, 2021 |
| Final fairness hearing and hearing on motions | Thursday, January 27, 2022 at 2:00 p.m. |

The hearing on the motion for attorneys fees previously set for 12/9/2021 is continued to 1/27/2022 to be heard with the other matters set on that date.

DATED this 22nd day of September, 2021.

By: _____
Honorable Haywood S. Gilliam, Jr.
United States District Judge