DAVID R. ONGARO (154698)
dongaro@ongaropc.com
CARA R. SHERMAN (269343)
csherman@ongaropc.com
**ONGARO PC**
1604 Union Street
San Francisco, CA 94123
Tel: (415) 433-3900 / Fax: (415) 433-3950

Attorneys for Defendant
OH MY GREEN, INC.

| | |
|---|---|
| Edwin Aiwazian (SBN 232943)<br>edwin@calljustice.com<br>Arby Aiwazian (SBN 269827)<br>arby@ calljustice.com<br>Jenay Younger (SBN 327627)<br>jenay@calljustice.com<br>Kenyon Harbison (SBN 260416)<br>kenyon@calljustice.com<br>**LAWYERS for JUSTICE, PC**<br>410 Arden Avenue, Suite 203<br>Glendale, California 91203<br>Tel: (818) 265-1020 / Fax: (818) 265-1021 | Graham B. LippSmith (SBN 221984)<br>g@lippsmith.com<br>Celene Chan Andrews (SBN 260267)<br>cca@lippsmith.com<br>**LIPPSMITH LLP**<br>555 S. Flower Street, Suite 4400<br>Los Angeles, California 90071<br>Tel: (213) 344-1820 / Fax: (213) 513-2495 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE KASTLER, SAUL ANDRADE and ANTHONICIA STALLINGS, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>GARTEN, INC., formerly known as OH MY GREEN, INC., an unknown business entity,<br><br>Defendant. | Case No.: 4:19-CV-02411-HSG<br><br>*Judge Haywood S. Gilliam, Jr.*<br><br>**ORDER ON JOINT STIPULATION RE SCHEDULE OF DATES RE FINAL APPROVAL OF SETTLEMENT**<br><br><br>Complaint Filed: February 28, 2019 |

**ORDER ON JOINT STIPULATION RE SCHEDULE OF DATES RE FINAL
APPROVAL OF SETTLEMENT
CASE NO.: 4:19-CV-02411-HSG**

After considering the papers filed in support and good cause appearing, IT IS HEREBY ORDERED:

Class Notice shall be completed by Wednesday, October 6, 2021. The new deadline for Class Members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment, at least 45 days after the filing of the motions for attorneys' fees and incentive payments, is now Monday, November 22, 2021.

Dated:  10/13/2021

_____
Honorable Haywood S. Gilliam, Jr.