**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNE KASTLER, SAUL ANDRADE and ANTHONICIA STALLINGS, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>GARTEN, INC., formerly known as OH MY GREEN, INC., an unknown business entity,<br><br>Defendant. | Case No.: 4:19-CV-02411-HSG<br><br>Honorable Haywood S. Gilliam, Jr<br><br>**CLASS ACTION**<br><br>**STIPULATED FINAL JUDGMENT**<br><br><br>Complaint Filed: February 28, 2019 |

**STIPULATED FINAL JUDGMENT**

For the reasons set forth in this Court's Final Approval Order, in the above-captioned matter as to the following class of persons (the "Settlement Class"):

All current and former non-exempt employees who worked for Defendant within California at any time during the period between February 28, 2015 and preliminary approval." ("Class Period").

JUDGMENT IS HEREBY ENTERED, pursuant to Federal Rule of Civil Procedure 58, as to the above-specified class of persons, Plaintiffs Anne Kastler, Saul Andrade and Anthonicia Stallings ("Plaintiffs") and Defendant Garten, Inc., formerly known as Oh My Green, Inc. ("Defendant") on the terms and conditions of the class action settlement agreement (the "Settlement Agreement") approved by the Court's Order Granting Motion for Final Approval and Granting in Part and Denying in Part Motion for Attorneys' Fees ("Final Approval Order"), dated April 19, 2022 (ECF No. 106).

1. The Court, for purposes of this Final Judgment, adopts the terms and definitions set forth in the Settlement Agreement incorporated into the Final Approval Order, which Final Approval Order is incorporated herein as if restated in full, and which granted final approval to the Settlement Agreement and directed the Parties and the Settlement Administrator to implement the Final Approval Order and the Settlement Agreement in accordance with the terms of the Settlement Agreement.

2. All Released Claims of the Releasing Parties are hereby released as against Defendant and the Released Parties, as detailed in the Settlement Agreement.

3. The claims of Plaintiffs and the Settlement Class are dismissed on the merits and with prejudice in accordance with the Court's Final Approval Order.

4. Class Counsel's attorneys' fees, costs, and expenses are awarded as set forth in the Final Approval Order.

5. The Parties shall bear their own costs and attorneys' fees, except as otherwise set forth in the Final Approval Order.

6. This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

7. The Court finds, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment as to Plaintiffs, the Settlement Class, and Defendant. Accordingly, the Clerk is hereby directed to enter Judgment forthwith and close the case.

**IT IS SO ORDERED.**

DATED: 5/12/2022

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE